# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **PAULETTA SUE MORROW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-CV-309** |
| | ) | **(Phillips/Guyton)** |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND OPINION

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 14]. There have been no timely objections to the R&R [Doc. 14], and enough time has passed since the filing of the R&R [Doc. 14] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that the Commissioner's Motion for Summary Judgment [Doc. 12] be **GRANTED**, and that Plaintiff's Motion for Summary Judgment [Doc. 8] be **DENIED**. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 14] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the R&R [Doc. 14], which the Court adopts and incorporates into its ruling, that the Commissioner's Motion for Summary Judgment [Doc. 12] is **GRANTED**, and that Plaintiff's Motion for Summary Judgment [Doc. 8] is **DENIED.** Accordingly,

1

this action is **DISMISSED WITH PREJUDICE**.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge